IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASE NO.: 2:23cv338

BARBARA ZALENSKI,

    Plaintiff,

vs.

HARTFORD INSURANCE COMPANY
OF THE MIDWEST,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Barbara Zalenski, (hereinafter referred to as "Plaintiff"), by and through undersigned counsel, hereby notifies the Court that the parties have reached an amicable settlement of this matter and are in the process of exchanging settlement documents and funds.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing document has been furnished to TRACY A. JURGUS, Esq., of BUTLER WEIHMULLER KATZ CRAIG LLP, 400 North Ashley Drive, Suite 2300, Tampa, FL 33602, Counsel for Defendant, via an automatic email generated by the Florida Courts E-Filing Portal E-Service System on this 26th day of June 2023.

TRACY A. JURGUS, ESQ.
Florida Bar No.: 483737
tjurgus@butler.legal
LAUREN A. MADDOX, ESQ.
Florida Bar No:1003889
lmaddox@butler.legal
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
(305) 416-9998

 Mail Center:   400 N. Ashley Drive, Suite 2300
 Tampa, Florida  33602
 Telephone:    (305) 416-9998

Facsimile: (305) 416-6848
Attorneys for Defendant, Hartford Insurance Company of the Midwest

/s/ *John Tolley*
John A. Tolley, Esq.
Florida Bar No. 112223
JT Law Firm P.A.
7700 Congress Avenue, Suite 1103
Boca Raton, FL 33487
john@jtlawfirm.com
monica@jtlawfirm.com
Attorneys For Plaintiff, Barbara Zalenski